REMINGTON SMITH, PLAINTIFF IN ERROR, v. THE STATE OF
FLORIDA, DEFENDANT IN ERROR.

The evidence examined and found sufficient to support the ver-
dict.

This case was decided by Division B.

· Writ of Error to the Circuit Court for Wakulla County.

The facts in the case are stated in the opinion of the
Court.

*William C. Hodges,* for Plaintiff in Error.

*W. H. Ellis,* Attorney-General, for the State.

COCKRELL, J.   Remington Smith was indicted, tried and
convicted of murder in the first degree of Hattie Oder
Smith, and on a recommendation for mercy was sentenced
to a life term in the State prison.  He has prosecuted this
writ of error and assigns for error the single proposition
as to the sufficiency of the evidence.

The defense below introduced no witnesses and the evi-
dence is wholly that of the State.  This has received the
most careful consideration by this court and we find
nothing therein to justify us in setting aside the verdict
and it is, therefore, affirmed.

TAYLOR and HOCKER JJ. concur.

WHITFIELD C. J. and CARTER and SHACKLEFORD JJ. con-
cur in the opinion.